# IN THE COURT OF APPEALS OF TENNESSEE
## MIDDLE SECTION AT NASHVILLE

ALAN TATE,            )
           )
     Plaintiff/Appellant,     )
           )    Davidson Circuit
           )    No. 96C-2809
VS.               )
           )    Appeal No.
           )    01A01-9703-CV-00156
STATE OF TENNESSEE    )
BOARD OF PAROLES, and   )
KEVIN MYERS,        )
           )
     Defendants/Appellees.   )

**FILED**

**August 13, 1997**

**Cecil W. Crowson**
**Appellate Court Clerk**

## O R D E R

This is an appeal from the dismissal of a prisoner's common-law writ of certiorari challenging the decision of the Tennessee Board of Paroles to deny his application for parole. After reviewing the parties' briefs and the entire record, we have determined that the October 17, 1996 Order of the Fifth Circuit Court for Davidson County should be affirmed in accordance with Tenn. Ct. App. R. 10(a).

ENTER, this _____ day of August, 1997.

_____
HENRY F. TODD, P.J., M.S.


_____
BEN H. CANTRELL, JUDGE


_____
WILLIAM C. KOCH, JR., JUDGE